# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MONROE & KING, P.A.,

    Appellant,

v.                                                       Case No. 3:24-cv-1355-TJC

NICHOLAS A. KING,

    Appellee.

_____

## BANKRUPTCY APPEAL NOTICE

Please take notice that the parties' briefs shall be filed in accordance with the procedures and deadlines established under Rule 8018, Federal Rules of Bankruptcy Procedure. Either party may request a more expedited briefing schedule but should consult with the other party before filing any motion in accordance with Local Rule 3.01(g). The parties' briefs should include a statement advising whether oral argument is requested in accordance with the Rule 8019(a), Federal Rules of Bankruptcy Procedure. Additionally, the parties should confer and advise the Court at the time appellees' responsive briefs are filed whether they believe mediation may be fruitful and, if applicable, which mediator they would like to have handle the mediation.[1]

---

[1] A list of certified mediators is available on the Court's website at www.flmd.uscourts.gov.

Date: December 30, 2024    **ELIZABETH M. WARREN, CLERK**
  By:   s/Timothy P. Luksha   
           Deputy Clerk

Distribution:  Counsel of record